IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ-TORRES,<br><br>**Plaintiff**,<br><br>v.<br><br>AREA RECREATIVA MONTE FRIO, INC.,<br><br>**Defendant**. | **Civil No.** 16-2300 (FAB) |

**JUDGMENT**

In accordance with the ORDER entered today (Docket No. 8), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 18, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE